# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GEORGE DAVID,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | Case No. EDCV 12-1583-DOC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: September 29, 2014

                                    DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE